**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

|  |  |
|---|---|
| **VE OPENING LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SALESFORCE, INC.,**<br><br>*Defendant.* | Civil Action No. 7:25-cv-539-DC-DTG |

**ORDER GRANTING DEFENDANT SALESFORCE, INC.'S
<u>MOTION TO TRANSFER VENUE</u>**

Before the Court is Salesforce, Inc.'s Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a) (the "Motion"). After reviewing the Motion and any response and reply thereto, the Court finds that the Motion should be, and hereby is, in all respects, **GRANTED**.

**IT IS THEREFORE ORDERED** that Salesforce, Inc.'s Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **TRANSFERRED** to the Northern District of California.

SIGNED this _____ day of _____, 2026.

_____
**UNITED STATES DISTRICT JUDGE**